# United States District Court

WESTERN DISTRICT OF WASHINGTON

SAMUEL BOZEMAN,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5624JKA

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court REMANDS the Social Security Administration's final decision for further consideration.

May 15, 2009
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk