U.S. MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL BOZEMAN,

    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

CIVIL NO. C08-5624JKA

AGREED ORDER RE: EAJA FEES AND EXPENSES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,631.63, expenses in the sum of $16.47, and costs in the amount of $350 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>410-A South Capitol Way, Olympia, WA 98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: June 12, 2009.

                        */s/ J. Kelley Arnold*
                        J. KELLEY ARNOLD
                        U.S. MAGISTRATE JUDGE

AGREED ORDER RE: EAJA FEES AND EXPENSES  - Page 1
[C08-5624JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ Leisa Wolf
LEISA WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per telephonic agreement)*

AGREED ORDER RE: EAJA FEES - Page 2
AND EXPENSES
[C08-5624JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276